UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**TIMOTHY J ROSENBERGER**,

Plaintiff,

v.

**JPMORGAN CHASE BANK, NA, ET AL.**,

Defendants.

Case No. 19-cv-05918-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| REFERRED TO ADR FOR MEDIATION TO BE COMPLETED BY: | April 13, 2020 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court approval for good cause by Motions under FRCP Rule 16(b)(4) |
| NON-EXPERT DISCOVERY CUTOFF: | May 1, 2020 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B) | |
| EXPERT DISCOVERY CUTOFF: | May 1, 2020 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | On 35-day notice [filed by May 12, 2020] |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, July 2, 2020 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | June 26, 2020 |
| PRETRIAL CONFERENCE: | Friday, July 10, 2020 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, July 20, 2020 at 8:30 a.m. for 2-day Jury Trial |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, July 2, 2020 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: January 15, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**