Mark F. Anderson (SBN 44787)
**ANDERSON CONSUMER LAW**
1736 Stockton Street, Ground Floor
San Francisco, CA 94133
Phone: (415) 651-1951
mark@andersonconsumerlaw.com

Attorney for Plaintiff Timothy J. Rosenberger



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
2/28/2020

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. ROSENBERGR<br><br>    Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, NA. ET AL,<br><br>    Defendants. | Case No. 19-cv-05918 YGR<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

IT IS HEREBY STIPULATED by and between plaintiff Timothy J. Rosenberger, JPMorgan Chase Bank, N.A., defendant Experian Information Solutions, Inc, and defendant JPMorgan Chase Bank, N.A. by and through their respective counsel of record that all matters herein between them have been compromised and settled, and that plaintiff's causes against Experian Information Solutions, Inc. and JPMorgan Chase Bank, N.A. shall be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees pursuant to Fed. Rule of Civ. Proc. § 41(a)(1)(ii).

Dated:  February 13, 2020         STROOCK & STROOCK & LAVAN LLP


                                  By: */s/ Sheri J. Guerami (*SBN 265231)
                                  Attorneys for Defendant JPMorgan Chase Bank, N.A.

1

Dated: February 13, 2020        ANDERSON CONSUMER LAW

By:/s/ *Mark F. Anderson*
Attorney for Plaintiff Timothy J. Rosenberger

Dated: February 13, 2020        JONES DAY

By: *Samuel A. Micon*
Samuel A. Micon (SBN 322432)
Attorneys for Defendant Experian
Information Solutions, Inc.

**FILER ATTESTION:**

Pursuant to Civil L.R. 5.1(i)(3), I, Mark F. Anderson attest under penalty of perjury under the laws of the United States that concurrence in the filing of this document has been obtained from all signatories.

Dated: February 13, 2020

*/s/ Mark F. Anderson*